## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 0:17-cv-61053

**MediBio USA, LLC**

      Plaintiff,

vs.

**Facet Technologies LLC**, and
**Kevin Seifert.**

      Defendants.

_____/

### <u>Declaration of Glenn Parker</u>

I, Glenn Parker, hereby declare, under penalty of perjury, as follows:

1.      My name is Glenn Parker, and I am over eighteen years of age. I am making this Declaration on my own free will and based upon my personal knowledge.

2.      I am a Member of and the Manager of MediBio USA, LLC ("MediBio").

3.      I have known Defendant Kevin Seifert for roughly 15 years.

4.      I had previously worked with Mr. Seifert through another business I was involved in, NationsHealth, and a business he was involved with, Becton, Dickinson and Company.

5.      As part of that, Seifert travelled to Florida and met with me a couple times per year. He also regularly called me in Florida and sent many emails to me in Florida. This was an important business relationship that put us in close contact and generated millions of dollars in revenues for our companies.

-1-

6.     When Seifert learned that MediBio had secured the exclusive distribution rights from Tae Chang, he reached out to me again in Florida.

7.     He wanted his company, Defendant Facet Technologies, LLC ("Facet") to be appointed as the exclusive distributor.

8.     To convince MediBio to enter into a contract with Facet, Seifert traveled to Florida on at least two separate occasions.   All negotiations in which I participated were either in-person in Florida, or I was on the phone with him when I was in Florida.

9.     I was concerned about Seifert and Facet cutting MediBio out of future business dealings with Tae Chang.  The reason I was concerned was that in my prior business dealings with Seifert, there were indications that he had entered into the agreements with ulterior motives and less than good faith.

10.     To assuage my concerns, Seifert agreed to a "Non-Circumvention Agreement" between Facet and MediBio.

11.     Because I was so concerned about Seifert cutting out MediBio, I insisted that Seifert sign a joinder to the Non-Circumvention Agreement that would make him individually liable if either Facet proceeded to establish future business with Tae Chang without MediBio or if Seifert himself through other companies proceeded to establish future business with Tae Chang without MediBio.

12.     Seifert personally came to Florida to negotiate these agreements and, on April 9th, 2013, Seifert signed the joinder to the Non-Circumvention Agreement when he was in MediBio's offices in Fort Lauderdale.   I was always in Florida and

never left during this time period. All negotiations in which I participated were either in-person in Florida, or I was on the phone with him when I was in Florida.

13. Thereafter, between April and June 2013 we negotiated the "Master Alliance Agreement" and a "Project Agreement." I conducted these negotiations from MediBio's offices in Fort Lauderdale and Seifert would contact me there by phone or email.

14. Between June 19 and June 21, 2013, Seifert spent three consecutive days at our Fort Lauderdale offices with me and representatives from Tae Chang to finalize the negotiation and drafting of the Master Alliance Agreement and the Project Agreement.

15. The Master Alliance Agreement was signed and executed by Seifert on behalf of Facet at our headquarters in Fort Lauderdale, Florida on June 21, 2013.

16. The Project Agreement was signed and executed by Seifert on behalf of Facet at our headquarters in Fort Lauderdale, Florida on June 21, 2013.

17. Photographs of the execution of the Master Alliance Agreement depicting myself and Kevin Seifert signing are attached hereto as Exhibit A.

18. Besides the visits, in the lead-up to the execution of these agreements, Seifert would regularly call me at my Fort Lauderdale office or residence to discuss and negotiate.

19. Thereafter, Facet made an initial payment of $200,000 to secure the relationship, which they wired to MediBio's Florida bank account.

20. Facet made subsequent commission payments to MediBio's Florida bank account, which totaled more than $80,000.

21.    The execution of these agreements was intended to be, and was in fact, the beginning of a long-term relationship between Facet and MediBio, a substantial part of which would be centered in Florida.

22.    Practically all of MediBio's work related to Facet occurred in Fort Lauderdale.

23.    Further, MediBio, at our Florida headquarters, developed the trademarks, trade names, trade dress, and logos for three new brands, Carefine, Quinta Point and Maxflow, for the sale of Pen Needles. Mr. Rajani also worked on developing these items at his home in Florida, and in fact, the name Quinta Point was inspired by his daughter.

24.    The designs and files for these two new brands are hosted at our headquarters in Fort Lauderdale.

25.    In addition, Facet relied upon me, out of Fort Lauderdale, for its sales and marketing.

26.    For example, we first met in Fort Lauderdale in February 2014 to discuss my contacts in the industry.

27.    That same month, I developed and provided an initial customer target list. I did that work from Fort Lauderdale.

28.    I then made various key introductions for Facet. For example, I introduced Facet to Ron Rieth of Riethonline.

29.    I introduced Facet to Michael Rose of ProCareRX.

30.    I also introduced Facet to OptumRX and arranged a site visit to OptumRX.

31.     I also provided information to assist Facet with its marketing to Publix Supermarkets.  Of course, Publix is one of Florida's largest supermarket chain.

32.     I also introduced Facet to my contact, Todd Edgar, at Catamaran.

33.     All of this work was done by me, for Facet, out of Fort Lauderdale.

34.     Additionally, in July 2015, Facet asked me to assume an even larger role in their sales and marketing.  To entice me to do so, Facet hired me as a consultant at a rate of $10,000 a month for 6 months.  In my role as a consultant for Facet's sales and marketing, I worked out of my Florida office.  Facet transmitted payments to me at my Florida Bank of America account.

35.     As part of this relationship, Facet contacted us at our Florida offices, telephonically and via email, literally hundreds of times.

36.     Facet also continued its trips to Florida.

37.     For example, on August 1, 2014, Facet organized a meeting with MediBio in Orlando during the American Association of Diabetes Educators (AADE) conference in order to discuss the launch of the pen needles, the Bevel timing and status, the commercial timeline, and the response of the AADE to date, and the managed markets contacts/assistance. (E-Mail attached as Ex. B).

38.     Also at the AADE conference in Orlando, Florida, Facet announced its new consumer brand called CareFine, which are shorter and smaller needle-tips you can use on insulin or other injectable med pens.  After the AADE conference, a blogger wrote about Facet's announcement, a copy of which is attached as Exhibit C.

39.     The "CareFine" brand was a brand developed by MediBio in Fort Lauderdale, and provided to Facet pursuant to the Master Alliance Agreement.

40.     Facet also came to Florida to market the products in other conferences as well.  For example, Facet came to Tampa, Florida for a conference on "Diabetes Programs at Retail EPPS" that began on September 28, 2015, an event focused on producers and sellers of products targeting diabetic patients.   A print out of the website for EPPS showing Facet's participation is attached as Ex. D.

41.     In addition, the Master Alliance Agreement required Facet to maintain regular contacts with Florida to enable MediBio to participate in, monitor, audit, and oversee Facet's sub-distribution relationship with Tae Chang.

42.     Further, Facet was contractually required to report to MediBio and to submit financial information in the form of monthly reports to MediBio. For example, in an email dated May 15, 2015, Facet agreed to provide the following reports in Fort Lauderdale:

1.   30 days after the end of each Month sales of products in the preceding month.  The first report you will receive will be from the beginning of this year and then subsequently you will receive it monthly

2.   30 days after end of each month accounts receivable

3.   30 days after end of each quarter and summary of the products in inventory, copies of all invoices for products shipped with pricing. The first report will be for Q1 only, then subsequently each quarter for the remainder of the year.

Plus a separate summary of the following:

1.   Summary of each Customer contract.  I will have this to you before the end of May for each Customer we have shipped and I will update it monthly.

2.   Sales and Marketing promotion plan.  I have provided you my top-line plan.  Let me know if you want a more detailed plan.

3.      12-month forecast.  The current forecast is incorrect and I have met
with Alan to discuss revising the forecast.  Once I have it reviewed by
finance I will send you our detailed expectations.

A copy of this email is attached as Exhibit E.

43.     When Facet sent this information, they would do so electronically via
e-mail for us to review at our Florida headquarters.

44.     Further, the agreements required Facet to pay a royalty, which was to
be paid to MediBio where they were headquartered in Fort Lauderdale.  When
payments were made, Facet would wire money to MediBio's Bank of America
account in Florida.   Facet wired payments to MediBio in Florida beginning with a
$200,000 payment to initiate the relationship, and then commission payments on
November 13, 2014, January 12, 2015, June 3, 2015, and January 4, 2016.

45.     Under the agreements, Facet was required to involve MediBio in their
dealings with Tae Chang and its affiliates, send notices of meetings to us in Fort
Lauderdale, and allow us to attend all meetings.

46.     Despite these clear contractual requirements, Seifert personally
contacted me at my Florida office and at my Florida residence to demand that I tell
Mr. Jatin Rajani, the President of MediBio, either not to attend or to *leave* meetings.

47.     In 2015, Facet representatives attended several meetings in Fort
Lauderdale to discuss the next steps.

48.     First, we hosted at our Fort Lauderdale office a June, 2015 visit where
Seifert traveled on behalf of Facet to discuss Facet's performance to date and an
extension to these agreements.  No agreement was reached on the extension or the
settlement.

49.     Then, Tony Mulone and Kevin Seifert visited MediBio on July 15, 2016 again to discuss the business between Facet and MediBio.

Pursuant to 28 U.S.C. § 1746, I, Glenn Parker, declare under penalty of perjury that I have read the foregoing, and the foregoing is true and correct. Executed on this 21st day of August, 2017.

**Glenn Parker**

# Exhibit A









HEREOF, each Party has caused this Agreement to be executed as of fective Date by its duly authorized representative.

**FACET TECHNOLOGIES, LLC**

By: _K J S a v o_

Name: Kevin John Safert

Title: Chairman

**MEDIBIO USA LLC**

By: _(signature)_

Name: JATIN RAJANI

Title: PRESIDENT

**TAE CHANG INDUSTRIAL CO LTD.**

By: _(signature)_

Name: Hanjin In.

Title: Business manager.

HEREOF, each Party has caused this Agreement to be executed as of
ffective Date by its duly authorized representative.

**FACET TECHNOLOGIES, LLC**

By: _KJ Safat_
Name: Kevin John Safot
Title:
    Chairman

**MEDIBIO USA LLC**

By: _____
Name: JATIN RAJANI
Title: PRESIDENT

**TAE CHANG INDUSTRIAL CO LTD.**

By: _____
Name: Hanjin In.
Title: Business manager.

HEREOF, each Party has caused this Agreement to be executed as of fective Date by its duly authorized representative.

**FACET TECHNOLOGIES, LLC**

By: _____
Name: Kevin John Safari
Title:
      Chairman

**MEDIBIO USA LLC**

By: _____
Name:    JATIN    RAJANI
Title:    PRESIDENT

**TAE CHANG INDUSTRIAL CO LTD.**

By: _____
Name: Hanjin In.
Title: Business manager .

# Exhibit B

Begin forwarded message:

**From:** Neil Luckianow <Neil_Luckianow@facettechnologies.com>
**Date:** August 21, 2014 at 9:13:02 AM EDT
**To:** Jatin Rajani <jatinrajani@yahoo.com>
**Cc:** "gparker@conveyhs.com" <gparker@conveyhs.com>, David Conn <David_Conn@facettechnologies.com>, Mike Cutter <Michael_Cutter@facettechnologies.com>, Michael Piro <Michael_Piro@facettechnologies.com>, Stephanie Wagner <Stephanie_Wagner@facettechnologies.com>, In Hanjin <hanjinin@gmail.com>, "asavard@conveyhs.com" <asavard@conveyhs.com>
**Subject: RE: Facet Pen Needle Update**

Glen and Jatin,

We had an excellent AADE.  When would you like to re-schedule our update?  Can you provide some dates and times and I will do my best to accommodate.  Thank you.

Regards,

Neil

Neil C. Luckianow, VP/GM Insulin Delivery
Facet Technologies
112 Town Park Drive, Suite 300  Kennesaw, GA 30144
Office 770.590.6489  Fax 770.590.6412  Cell 203.815.8108
Neil_luckianow@facettechnologies.com
www.CareFineDiabetes.com

---

**From:** Jatin Rajani [mailto:jatinrajani@yahoo.com]
**Sent:** Thursday, August 21, 2014 8:50 AM
**To:** Neil Luckianow
**Cc:** gparker@conveyhs.com; David Conn; Mike Cutter; Michael Piro; Stephanie Wagner; In Hanjin; asavard@conveyhs.com
**Subject:** Re: Facet Pen Needle Update

Sent from my iPhone

On Aug 1, 2014, at 3:14 PM, Neil Luckianow <Neil_Luckianow@facettechnologies.com> wrote:

Team,

I trust the meeting in Orlando during AADE still works for everyone's schedule.  We will meet at our Hotel (below) with the specific location to be determined.  Our plan is to cover the

following:

Facet:  Update on Pen Needle launch
         3 Bevel timing
         5 Bevel status
     Commercial timeline
     AADE response to date

MediBio:
     Managed markets contacts/assistance

Please let me know if there are any additional items you would like to discuss.  Thank you in advance for your participation.

     Hyatt Regency Orlando
     9801 International Drive
     Orlando, FL 32819
     1-407-284-1234

Regards,
Neil

---

This email message and any attachments are for the sole use of the above-named intended recipient(s). This email and any attachments are confidential and may contain proprietary and privileged information. If you are not the intended recipient, or the employee or agent responsible to deliver this email to the intended recipient, you are hereby notified that any use, disclosure, printing, copying, distribution or dissemination by any means of this email or any attachments is strictly prohibited. If you have received this email in error, please immediately notify the sender by telephone at (770)590-6400 or by reply email and delete this email and any attachments and destroy all hard copies. Thank you.

<mime-attachment.ics>

<disclaimer.txt>

# Exhibit C

Case 0:17-cv-61055-UU   Document 38-1   Entered on FLSD Docket 08/21/2017   Page 21 of 35



Topics & Tools ⌄     **Newsletter**     [ Search ]

# Product News from the (Shrinking) 2014 AADE Expo

Written by Wil Dubois  |  Published on August 12, 2014        


As you may know, our correspondent Wil Dubois was on the ground in Orlando, FL, covering the big annual American Association of Diabetes Educators (AADE) meeting for us last week.

Check out his first Newsflash on Asante and Insulet stuff from last Friday. And now, we bring you his full report of product news from the trade show floor...

It must have been the heat and humidity. After all, AADE chose to host their annual gathering in Orlando, FL. In August. What else could cause a diabetes trade show to shrink? With an exhibitor count just below 200, the number of firms showing this year was a full one-third smaller than last year, and the exhibit hall shrinkage didn't stop there. Many of the major players opted for smaller booths and staffed them with smaller crews.


Not only was the trade show smaller than in previous years, but it got smaller during the three short days it ran, with more than a dozen vendors pulling up stakes early and abandoning their booths completely after the second day, complaining that they did not feel the schedule provided attending educators (roughly 2,500) with enough unopposed time to visit the expo.

As usual, the vendors were a mix of large and small device and accessory firms, pharmaceutical companies, and food makers, with a few oddball companies rounding out the roster. Clearly there was still no attempt by the AADE to vet the vendors; as snake oil salesmen were placed right next door to major pharmaceutical companies.



Topics & Tools ⌄     Newsletter

### Biggest Buzz

Talk about guerrilla marketing: the biggest buzz on the trade show floor this year was from a company that had no apparent presence at all (no booth!): Asante Solutions, maker of the Snap insulin pump. Asante assaulted attendees with a Blitzkrieg of entertainment and exciting news about its integration partnerships on open data, and on the trade show floor they were handing out an amazing brochure that featured a full-color touch-screen video player, along with bags, water bottles, leather-clad journal books, and a home-improvement-style color swatch book to help PWDs design their own custom pumps.

Yes, that swatch book was tied in with Asante's big product news: the official public launch of MySnap, which we told you about on Friday, that's billed to be "the world's first and only customizable insulin pump" by allowing customers to choose face plates, frames, and accents online, to create a "personalized design" for your pump in more than 250 combinations. Oh, and Asante was the only pump company talking openly about its next-gen product, likely motivated by their big data integration news -- Asante will work with Dexcom so that CGM data can be displayed on the next-gen Snap pump.



All of this without a booth? Wow!

Well, yes and no. Asante had no booth with their name on it, instead choosing to gain access to the trade show by renting one of those small, low-cost stealth booths used for briefing meetings, which they labeled InsulinPump.com -- which turned out to be tied to an Asante-built and supported third-party-looking website that compares insulin pumps and promotes some insulin pump education (including some DOC voices).

This move had some competitors crying foul, but left others grudgingly admiring their moxie. Aside from that whole trade show drama, we did take

Case 0:17-cv-61055-UU   Document 38-1   Entered on FLSD Docket 08/21/2017   Page 23 of 35

## healthline

Topics & Tools ⌄     Newsletter

Meanwhile, the longest lines by far this year were at the HealthSlate booth, where the company once again gave away between 1,400 and 1,600 AADE software-loaded Android touch screen tablet computers to attendees. They also did this last year, obviously with much success. CEO Kevin Nakao walked me through the upgrades from last year's tool, which in his words is an "edutainment and gamification" platform designed for diabetes education. It features a host of videos and animations (in both Spanish and English), as well as a zipcode-driven drug price-look-up feature. The tablet also contains product-specific training videos, an insurance coverage data base, and educational games for educators to use with PWDs (people with diabetes). I especially enjoyed playing with diabetes Jeopardy game: I'll take Glucose Monitoring for $400, Alex...

**Launched!**

Timesulin was there with its big launch news, having recently received FDA approval for their automatic pen-cap timer for disposable pens and closing a USA distribution agreement with a company called Facet Technologies... Who? Yeah, I never heard of them either, but apparently I've been using their products for my entire diabetic career, as they are the world's leading maker of lancing needles. Timesulin co-inventor John SjÃ¶lund, a fellow type 1, assures that everyone who backed the recent crowdfunding campaign for Timesulin will still be the first to receive the caps, likely in mid-September. Facet will be selling caps for the Flex, Touch, Kwik, and Solostar pens for just under $30 each. Sadly, due to an airline mix-up, a box of 200 Timesulin caps didn't make it to the show so I can't report on what it's like to really use this poor man's insulin-on-board (IOB) calculator.



Facet wasn't just there re: partnership with Timesulin. Yes, the two shared the same booth. But the lancing and needle company also announced its

*healthline*

Topics & Tools ⌄    Newsletter

**Rest of the... Same?**

Roche showed off their new Accu-Chek Aviva Expert meter, the first blood glucose meter in the States with an "insulin pump brain" -- complete with insulin on board tracking and a bolus advisor -- for those of us who use pens or syringes. This meter got FDA approval in October 2013 and hit the market earlier this year. I gotta say, I'm pretty excited about this meter and spent quite a bit of time playing with it, but I'm not going discuss it further, as I've arranged for a field test and review, so look for that next month right here at the 'Mine. Aside from that, Roche didn't mention anything about its new Accu-Chek Insight pump that's now available overseas, or any future tech for the U.S. aside from its current Accu-Chek Combo insulin pump system (yes, lest we forget: Roche Accu-Chek actually does still have an insulin pump on the market even if the marketing isn't up to par with the biggies).



OmniPod-maker Insulet was present, pushing their "Cut the Cord" program to help tethered pump users who want to make the switch before the warranty on their current, tubed pump runs out. While they didn't have anything new to show off regarding next-gen Pods or the much-anticipated nexxt-gen Personal Diabetes Manager (PDM) that will integrate with future Dexcom G5 data, Insulet did have an awesome visual aid in the form of a clear current-gen Pod showing the machine's guts. I tried to score one and failed, then I tried to swipe one and failed again. Damn. It would be a really cool paperweight and conversation starter.

Dexcom and Medtronic both had booths, but didn't have anything really new to show off. MedT did have a larger booth with various presentations, one of them offering an intriguing data point: that their Threshold/Low Glucose Suspend pumps uploaded to CareLink have stopped a whopping 620,165 hypos.

The T2 patch pump company Valeritas was there talking about its V-Go pump, which is now hooked up to 12,000 active users and has racked up 2.5 million patient days. Wow!

BD also had a large booth showcasing their AutoShieldâ„¢ Duo Pen Needle. The needle isn't new, but the fact that you can go out and buy it as a consumer is. The AutoShield was originally designed as an "engineering safeguard" to reduce unwanted needle sticks in hospitals, a trick it achieves by pulling both ends of the needle back into the casing after an injection is given, sorta like a startled turtle. Why move a product like this into retail?

Attiq Amjad, product manager for AutoShield, tells me it was because BD was

Case 0:17-cv-61055-UU   Document 38-1   Entered on FLSD Docket 08/21/2017   Page 25 of 35



Topics & Tools ⌄     Newsletter    [                    ]

of needles sticks common in recapping a used needle, and lastly — as it's larger in diameter and longer — many PWDs with dexterity problems find it easier to attach than a traditional pen needle. Docs love it too, he says, because since it's a one-shot device, those lazy diabetics are forced to change the needle each time they use it. I'm betting the BD shareholders will love it for the same reason. I scored a half-dozen of these and found them a perfectly pleasant needle to use, but I confess I'm one of those non-complaint diabetics who uses a needle all day long and hates to carry extra supplies with me, so I'll stick with over-using their Nano needles.

Tandem was there giving out those metal tins designed to look like their t:slim pump that debuted at the summer conferences a couple of years ago -- the ones containing six Glucolift tabs inside, in Orange Cream and Cherry flavors. Lines formed and perpetually packed the booth largely to see real-life celeb, former Miss America 1999 and type 1 Dr. Nicole Johnson, who was signing copies of her new book, "Young Adult Type 1 Diabetes Realities." Nicole, who brought her hypo dog along with her, also had three scientific posters accepted in the Poster Presentations portion of the conference. Oddly, although Tandem recently announced they'd filed their integrated t:slim/ Dexcom G4 with the FDA, there was no sign of that excitement at the booth except for maybe a little side conversation among sales reps making their pitches.

Meanwhile, Animas had a huge barrel of stuffed animals they were giving away. The booth crew told me they weren't sure if the cuddly little critter was a fox or a coyote. Trust me on this, it's a fox. Not mangy enough to be a coyote, and the color is definitely that foxy red-orange. The connection to diabetes? On the fox's right hip is an infusion set test site for training. It was so cute that I grabbed one and then texted my wife that I picked up a real fox at the convention center and was taking her back to my hotel room with me. Not being a complete idiot, I also attached a picture of my new companion. :)



Although refusing to talk to media at their booth, GSK is back in the diabetes space in a big way for the first time since the Avandia debacle a few years ago. They had one of the larger booths in the hall, and were officially launching their new GLP-1 drug Tanzeum. While some critics are calling the this drug a "me-too" to compete with Byetta and Victoza, I'm not sure I agree. It's really engineered to take on Bydureon, the once-a-week version of Byetta, and I think GSK might do well on the basis of the delivery system alone; Bydureon is about as thick as maple syrup and uses a frighteningly large needle, while the new GSK product Tanzeum uses an EpiPen-style injector with a standard pen needle rather than a harpoon.

The ladies at carry-case company Myabetic announced that next month their popular Banting Wallet will be available in purple and pink colors. When I told

**healthline**

Topics & Tools ∨        Newsletter

...ough" for used test strips as a gift, I'm told, for our loved ones.

**Edible Diabetes Arrangements**

Level Foods also debuted its new flavor of glucose gel: Green Apple! I scored one, but haven't had a low yet to try it out on. Inventor and T1 peep Ethan Lewis told me this was the flavor that our community voted on and chose last year (Chocolate Cherry apparently lost). When I mentioned to Ethan how surprised I was by the durability of his fragile-looking pouches, he told me that during initial testing he ran them over with a Harley 883 Iron motorcycle to make sure they were tough enough. Now that's my kind of dedication to product testing!

Livliga founder Shelia Dietrich doesn't have diabetes yet, and despite my telling her there was still time, she has no plans to join us. She's trying to duck her father's type 2, and has managed to lose 60 pounds using her innovative "visual illusion" plates, bowls, and glasses, which use graphic design to trick the eye into thinking the food on the plate is a larger portion than it is. Or putting it another way, making a  proper portion not look small to people who once were super-sized. (Although her "proper portion" wine glass isn't fooling me.) There were several booths featuring portion-control plates of various types, but I liked Dietrich's best because they are actually attractive. She told me her original prototype, made for her own diet, was made at one of those U-Fire-It pottery studios. Since that time she's done more research and shifted her tableware into cooler colors that are said to suppress appetite. I had such a busy day I was running on empty and staring at the empty plate did nothing to take my hunger away, but she seems sincere, and I certainly would not be embarrassed to serve company on these plates.

*Attractive Portion Control Dinnerware in the Halsa Pattern*

But my hunger got satiated at the nearby Beanitos booth, where I tried six types of chips and two Cheetos-like puffs — only thinking of you, Dear Readers — and can report that while they are all very yummy, the black-bean chipotle BBQ rocks the house... er... the convention hall. The Texas-based product line is gluten-fee, GMO-free, MSG-free, trans fat-free, preservative-free, cholesterol-free... but still full of flavor. How did they do that?? Beanitos products are also Kosher and Vegan, but best of all (beyond the great taste) is that they are very blood sugar-friendly, at least for a chip-type product, with low glycemic index and high fiber giving them a net carb impact, on average, of about 10 grams per serving.

Captain Jack Sparrow, or a convincing non-celebrity look-alike, was at the

Case 0:17-cv-61055-UU   Document 38-1   Entered on FLSD Docket 08/21/2017   Page 27 of 35


by the handful) I was told it was an "Orlando thing." When I continued to look blank, they said, "You know, Universal Studios?" Ohhhh.... Capt'n Jack later lost his cell phone and complained to me that his magic compass was broken, as it wasn't pointing its way to his flippin' lost cell phone. Actually, he might have used harsher language, as befits a pirate captain. Many educators lined up and took selfies with the would-be celeb, of course. Other foodie booths seen at AADE: <u>Dr. Pepper</u> and <u>Snapple</u>; <u>ConAgra,</u> makers of Lean Cuisine, the Nestle Crunch bar and Strawberry Quick; <u>General Mills</u>, giving out boxes of Cheerios and Yoplait yogurt; the <u>Peanut Institute</u>, featured alongside <u>FitBit</u>; and — wait for it -- the Sugar Association (!)

**Diabetes and Your Body**

It was great to see LifeTag, a "not new, but often overlooked" little biz that makes little stick-on medical alert plaques that can be put on anything from driver's licenses to the face of a smart phone. (Don't freak out, they are small and well-made.) This year, they also had an alert plaque that can be worn on tennis shoe laces for kiddos, and medical alert zipper pulls.



A company called HiDow was featuring a mini TENS unit (Transcutaneous Electrical Nerve Stimulation that usese electrical currents to relieve pain) that is very small, very thin, very light, and fully rechargeable with a duration said to be in the 60-70 hour range. It features various pre-programed modes, some lovely, and some that felt like I was having some sort of muscle spasm or a seizure. Fans of TENS units will recognize this as a good thing, because it shows this guy may be little, but it packs a punch! They also had a TENS sandal accessory, and I wondered if this might provide some relief for people who suffer from the painful foot variety of neuropathy.

**Cool, Notable, and Odd**

In good news for those with crappy or no health insurance, all CVS stores in the nation will soon be carrying the <u>AgaMatrix</u>-manufactured "CVS Advanced Meter" (no creative points there, with this basically being a store-branded version of the Jazz) with test strips under $12 for a 50-count vial. Unfortunately, this meter won't work with the current Jazz strips as they did with the iBGStar meter).

Case 0:17-cv-61055-UU    Document 38-1    Entered on FLSD Docket 08/21/2017    Page 28 of 35

# healthline

Topics & Tools ⌄          Newsletter

reminds you to reorder your strips when you begin to run low.

Lastly, two ladies in a small booth were there giving out miniature white New Testament bibles. They were from Gideon International, the folks famous for placing bibles in virtually every hotel room in the country. According to the Gideon's website, they've placed 1.9 billion volumes worldwide, but I'm sorry to say that at AADE their pile never seemed to get much smaller. Still I always admire tireless advocates, no matter what their cause.

**Shortest Line Award:** I'm sure they didn't intend it to be this way, but the folks at Abbott could not have chosen a better color scheme for the show. The big FreeStyle booth had sand-colored carpet, yellow signage, and a large pastel yellow-shirted staff. And their booth was as empty as the Sahara it resembled, which serves them right for not having the courage to try to bring their own insulin calculator meter to the USA when they had the chance. Oh, and the Abbott Freestyle Navigator tech, and the recent recall of FreeStyle strips used in OmniPods... need we say more?



**Smallest Booth Award:** The award for the smallest booth goes to Frio. But hey, how much room do you need to show off what are (IMHO) the world's best insulin cooling solution? They don't need space at all, since the Frio cool packs speak for themselves. Traditional cooler company Medicool was present, too, in a somewhat larger booth.

Stay tuned for Wil's take on the official conference sessions at AADE 2014 tomorrow — come on, you know you want to!

**Disclaimer**: Content created by the Diabetes Mine team. For more details click here.

😊 Was this article helpful?  Yes  No

f  Share        🐦  Tweet        ✉  Email        🖨  Print

As the fastest growing consumer health information site — with 65 million monthly visitors — Healthline's mission is to be your most trusted ally in your pursuit of health and well-being.

## Sign up for our newsletter

### healthline

**Topics & Tools**  ⌄        **Newsletter**

Enter your email address

**Subscribe**

🔒 Your *privacy* is important to us

| | | |
|---|---|---|
| About Us | Contact Us | Careers |
| Health Topics | Advertise With Us | Privacy Policy |
| Health News | Advertising Policy | Terms of Use |
| FDA | Newsletters | Find an Online Doctor |

Find us on: f 🐦 g+ 📌

Copyright © 2005 - 2017 Healthline Media. All rights reserved. Our content does not constitute a medical consultation. See a certified medical professional for diagnosis. Privacy Policy

# Exhibit D





# Exhibit E

**Subject:** Fwd: Contract Requirements



Begin forwarded message:

> **From:** Glenn Parker <gparker@conveyhs.com>
> **Date:** May 15, 2015 at 11:14:55 AM EDT
> **To:** Jatin Rajani <Jatinrajani@yahoo.com>
> **Subject: Fwd: Contract Requirements**

Sent from my iPhone

Begin forwarded message:

> **From:** Doug Kuzyk <Doug_Kuzyk@facettechnologies.com>
> **Date:** May 15, 2015 at 11:12:32 AM EDT
> **To:** Glenn Parker <gparker@conveyhs.com>
> **Cc:** Kevin Seifert <Kevin_Seifert@facettechnologies.com>, Alan Panzer <Alan_Panzer@facettechnologies.com>, Don Jackson <Don_Jackson@facettechnologies.com>
> **Subject: Contract Requirements**

If you have any questions on the following we can discuss on our conference at 2:00 today.

I spoke with Kevin and Mark Farber (our lawyer) about our contract commitments.

I am working with Finance to generate all the required reports.  I hope to have everything to you by end of May from the beginning of the year.

Finance will be providing the following:

1.  30 days after the end of each Month sales of products in the preceding month.  The first report you will receive will be from the beginning of this year and then subsequently you will receive it monthly
2.  30 days after end of each month accounts receivable
3.  30 days after end of each quarter and summary of the products in inventory, copies of all invoices for products shipped with pricing.  The first report will be for Q1 only, then subsequently each quarter for the remainder of the year.

I will provide you a separate summary of the following:
1.  Summary of each Customer contract.  I will have this to you before the end of May for each Customer we have shipped and I will update it monthly.
2.  Sales and Marketing promotion plan.  I have provided you my top-line plan.  Let me know if you want a more detailed plan.
3.  12 month forecast.  The current forecast is incorrect and I have met with Alan to discuss revising the forecast.  Once I have it reviewed by finance I will send you our detailed expectations.

We can discuss further on our call later today.

Doug

```
----------------------------------------------------------------
---------------
This email message and any attachments are for the sole use of t
he above-named
intended recipient(s). This email and any attachments are confid
ential and may
contain proprietary and privileged information. If you are not t
he intended
recipient, or the employee or agent responsible to deliver this
email to the
intended recipient, you are hereby notified that any use, disclo
sure, printing,
copying, distribution or dissemination by any means of this emai
l or any
attachments is strictly prohibited. If you have received this em
ail in error,
please immediately notify the sender by telephone at (770)590-64
00 or by reply
email and delete this email and any attachments and destroy all
hard copies.
Thank you.
```

NOTICE: This communication may contain CONFIDENTIAL and PRIVILEGED information for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient (or authorized to receive on behalf of the recipient), please IMMEDIATELY contact the sender by reply e-mail or telephone 954-903-5000 and destroy all copies of this message. Thank you.